IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERE MAYFIELD | : | CIVIL ACTION |
| v. | : | |
| TRANS UNION, LLC, et al | : | NO. 14-5628 |

ORDER

AND NOW, this 29th day of December, 2014, it is hereby ORDERED that the above captioned case is REMOVED from ARBITRATION.

It is further ORDERED that the parties shall submit an agreed upon discovery schedule including dates for filing motions for summary judgment within ten (10) days from date of this Order.

If the above captioned case is not disposed of by summary judgment motion then the Court will consider returning the case to Arbitration.

*T. N. O'Neill*

THOMAS N. O'NEILL, JR., J.